JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :       INDICTMENT

    - v. -                          :       08 Cr.

KALAEF BROWN,                     :
    a/k/a "Bob King,"
    a/k/a "Milton Williams,"       :
    a/k/a "Roy Kelly,"
              Defendant.      **08 CRIM 340**
                            :
- - - - - - - - - - - - - - - - -X

COUNT ONE

    The Grand Jury charges:

    On or about February 24, 2008, in the Southern District of New York, KALAEF BROWN, a/k/a "Bob King," a/k/a "Milton Williams," a/k/a "Roy Kelly," the defendant, unlawfully, wilfully, and knowingly, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about December 30, 1996, in the Circuit Court of the Ninth Judicial Circuit, Osceola County, Florida, for criminal possession of cocaine in the third degree, in violation of Florida Statute 893.13, did possess in and affecting commerce, firearms, to wit, a .25 caliber Beretta semi-automatic handgun and a .25 caliber Titan semi-automatic handgun, and ammunition, to wit, 124 Remington .25 caliber


CALLY FILED
APR 14 2008

rounds, which previously had been shipped and transported in interstate commerce.

    (Title 18, United States Code, Section 922(g)(1).)

_____      _____
FOREPERSON                                   MICHAEL J. GARCIA
                                                            United States Attorney

```
===============================================
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK
===============================================

            UNITED STATES OF AMERICA

                     - v. -

                  KALAEF BROWN,
                a/k/a "Bob King,"
              a/k/a "Milton Williams,"
                a/k/a "Roy Kelly,"

                    Defendant.
===============================================

                   INDICTMENT

                    08 Cr.

             (18 U.S.C. § 922(g)(1))




               MICHAEL J. GARCIA
             United States Attorney.

                  A TRUE BILL


          _____
                   Foreperson.
===============================================
```