# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

June 5, 2008

VIA FACSIMILE
Honorable Paul A. Crotty
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 5 2008

Re: United States v. Kalaef Brown
    08 Cr. 340 (PAC)

Dear Judge Crotty:

I write on behalf of my client, Kalaef Brown, and the Government to request an adjournment of the status conference, currently scheduled for June 9, 2008, so that the Government may have sufficient time to obtain the results of the DNA testing. Based on consultation with your chambers, we request a conference date of June 18, 2008, at 3:00 p.m.. In addition, the parties respectfully request that the Court exclude time from June 9, 2008, to June 18, 2008, in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A), in order to provide the parties time for the production of discovery, to ensure the effective assistance of counsel, and to prevent any miscarriage of justice.

Thank you for your consideration of this matter.

Respectfully Submitted,

Deirdre D. von Dornum
Assistant Federal Defender
Tel.: (212) 417-8767

cc: Assistant U.S. Attorney Rebecca Rohr (via fax)

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 6/18/08 at 3:00 pm in Courtroom 20C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 6/9/08 until 6/18/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

SO ORDERED: JUN 0 5 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

TOTAL P.001