AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

## APPEARANCE

Case Number: 08 Cr. 340

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Kalaef Brown, Defendant.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/30/2008 | *[signature]* |
| Date | Signature |
| | Peggy M. Cross — PC-7231 |
| | Print Name — Bar Number |
| | Federal Defenders of NY, Inc., 52 Duane Street, 10th Floor |
| | Address |
| | New York    NY    10007 |
| | City    State    Zip Code |
| | (212) 417-8732    (212) 571-0392 |
| | Phone Number    Fax Number |