AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT OF ACQUITTAL** |
| V. | |
| KALAEF BROWN | CASE NUMBER: 1: 08 CR 340 (PAC) |

　　The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated. See transcript of proceeding dated Wednesday, August 27, 2008 and the attached verdict form.

_____
Signature of Judge

Paul A. Crotty, United States District Judge
Name and Title of Judge

August 27, 2008
Date

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 8 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA, :

         v. :    08 Crim. 340 (PAC)

KALAEF BROWN, :

         Defendant. :
------------------------------------------------------------X

PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

## VERDICT FORM

### Count One

1. With respect to the charge in Count One, possession of a firearm or ammunition by a convicted felon, how do you find the defendant, Kalaef Brown?

NOT GUILTY __X__       GUILTY _____

Sign the form and notify the Marshal that you have reached a verdict.

                                       _____
                                       Foreperson